UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MILK + HONEY SPA LLC,<br>　　　Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION 1:19-cv-681 |
| Cordelia J & Company Inc.<br>d/b/a Formulary 55<br>　　　Defendant | §<br>§<br>§<br>§ | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff MILK + HONEY SPA LLC ("Plaintiff" or "Milk + Honey") files this Original Complaint against Defendant Cordelia J & Company Inc. d/b/a Formulary 55 ("Defendant"), and for cause of action shows the following:

### NATURE OF THE CASE

1.  Milk + Honey brings this suit for trademark infringement, false advertising and unfair competition arising from Defendant's improper use of Milk + Honey's trademarks. Milk + Honey provides spa services, including nail care services, hair care services, facial and body treatment services, cosmetic body care services, health spa services and massage therapy services. Milk + Honey also manufactures and sells skin care products, including beauty creams, beauty gels, beauty lotions, beauty milks, beauty serums, beauty soap, exfoliants, eye cream, eye lotions, lip balm, lip cream, room fragrances, skin cleansers, skin moisturizers and soaps, throughout the United States. Defendant advertises, markets and sells bath tablets, hand creams, candles and soaps branded with the mark "MILK & HONEY," which infringes Milk + Honey's trademarks. Milk + Honey seeks an injunction and statutory penalties to stop Defendant's improper actions.

4818-6916-4678

## PARTIES

2. Plaintiff Milk + Honey Spa LLC is a Texas limited liability company with its principal place of business in Travis County, Austin, Texas.

3. Defendant Cordelia J & Company Inc. d/b/a Formulary 55 is a Colorado corporation with its principal place of business located at 423 West 4th Street, Pueblo, Colorado 81003. Cordelia J & Company Inc. d/b/a Formulary 55 does not maintain a regular place of business in this state or a registered agent for service of process and may be served with process through the Texas Secretary of State, 1019 Brazos Street, Austin Texas 78701, or through its registered agent in Colorado, Anthony Lee Hill, 423 West 4th Street, Pueblo, Colorado 81003.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121(a), and 28 U.S.C. § 1331, 28 U.S.C. § 1332, and 28 U.S.C. § 1338. This Court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a). This is an action for damages in excess of $75,000 and other relief for Defendant's violations of Milk + Honey's trademarks, false advertising and unfair competition under the Lanham Act and common law.

5. This Court has personal jurisdiction over Defendant. This Court's exercise of personal jurisdiction over Defendant is consistent with due process and would not offend traditional notions of fair play and substantial justice. Defendant advertises, markets and sells products branded with the mark "MILK & HONEY" through a website to customers in the State of Texas. On information and belief, Defendant has customers in Texas. As a result, Defendant has engaged in continuous and systematic activities within Texas and is doing business in Texas sufficient to establish jurisdiction in Texas.

6.      Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because Defendant resides in this judicial district and because a substantial part of the events giving rise to the claims occurred in this district.

## BACKGROUND FACTS

### A. Plaintiff's Intellectual Property

7.      Milk + Honey provides spa services, including nail care services, hair color services, hair cutting services, hair styling services, facial and body treatment services, cosmetic body care services, health spa services and massage therapy services.  Milk + Honey also manufactures and sells skin care products, including beauty creams, beauty gels, beauty lotions, beauty milks, beauty serums, beauty soap, exfoliants, eye cream, eye lotions, lip balm, lip cream, non-medicated herbal beauty products, non-medicated skin care preparations, oils for toiletry purposes, room fragrances, skin cleansers, skin moisturizer and soaps, throughout the United States.  Milk + Honey has actively and widely marketed its products by use of the trademark "MILK + HONEY."

8.      Milk + Honey owns three trademark registrations and applications on the Principal Register of the United States Patent and Trademark Office for "MILK + HONEY"— United States Registration Nos. 3,937,456[1], 4,597,842[2] and 4,980,686[3]—and one trademark

---

[1] The services for United States Registration No. 3,937,456 in International Class 044 are: "Beauty salon services; Beauty salons; Beauty spa services, namely, cosmetic body care; Day spa services, namely, nail care, manicures, pedicures and nail enhancements; Hair color salon services; Hair colouring services; Hair cutting; Hair cutting services; Hair salon services; Hair salon services, namely, hair cutting, styling, coloring, and hair extension services; Hair styling; Hairdressing salons; Hairdressing services; Health spa services for health and wellness of the body and spirit; Health spa services for health and wellness of the body and spirit, namely, providing massage, facial and body treatment services, cosmetic body care services; Health spa services, namely, cosmetic body care services; Massage; Massage therapy services; Massages. FIRST USE: 20041000. FIRST USE IN COMMERCE: 20050700."

[2] The goods for United States Registration No. 4,597,842 in International Class 003 are "Beauty creams; Beauty creams for body care; Beauty gels; Beauty lotions; Beauty masks; Beauty milks; Beauty serums; Beauty soap; Cleaning agents and preparations; Exfoliants for skin; Eye cream; Eye lotions; Face and body beauty creams; Face

3

registration and application on the Principal Register of the United States Patent and Trademark Office for "SALON BY MILK + HONEY"—United States Registration No. 3,711,307[4] (collectively the foregoing registrations and applications are the "Milk + Honey Marks"). The goods and services represented by the Milk + Honey Marks include, but are not limited to: International Class Code 3 (perfumery, essential oils, cosmetics, and hair lotions) and International Class Code 44 (hygienic and beauty care for human beings) (collectively, the "Goods and Services").

9. Each trademark registration for the Milk + Honey Marks is currently valid, subsisting and in full force and effect and is registered on the Principal Register of the United States Patent and Trademark Office. United States Registration Nos. 3,711,307 and 3,937,456, are incontestable registrations, giving Milk + Honey the incontestable right to use the mark, pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

---

and body lotions; Face creams; Facial beauty masks; Facial masks; Fragrances; Gel eye masks; Lip balm; Lip balm; Lip cream; Non-medicated herbal body care products, namely, body oils, salves, and lip balms; Non-medicated skin care creams and lotions; Non-medicated skin care preparations; Non-medicated skin care preparations, namely, creams, lotions, gels, toners, cleaners and peels; Oils for toiletry purposes; Room fragrances; Skin care preparations, namely, body balm; Skin cleansers; Skin masks; Skin moisturizer; Skin moisturizer masks; Skin soap; Soaps for babies; Soaps for body care; Sun block; Sun care lotions; Sun creams. FIRST USE: 20131200. FIRST USE IN COMMERCE: 20131200." The goods in International Class 004 are "Aromatherapy fragrance candles. FIRST USE: 20140500. FIRST USE IN COMMERCE: 20140500."

[3] The services for United States Registration No. 4,980,686 in International Class 044 are: "Beauty salon services; Beauty salons; Cosmetician services; Cosmetology services; Day spa services, namely, nail care, manicures, pedicures and nail enhancements; Depilatory hair removal services; Hair cutting; Hair cutting services; Hair salon services; Hair salon services, namely, hair cutting, styling, coloring, and hair extension services; Hair styling; Hairdressing services; Health spa services for health and wellness of the body and spirit; Health spa services for health and wellness of the body and spirit, namely, providing massage, facial and body treatment services, cosmetic body care services; Health spa services, namely, body wraps, mud treatments, seaweed treatments, hydrotherapy baths, and body scrubs; Services of a make-up artist. FIRST USE: 20041000. FIRST USE IN COMMERCE: 20051100."

[4] The services for United States Registration No. 3,711,307 in International Class 044 are: "Beauty salons; Cosmetician services; Depilatory hair removal services; Hair cutting; Hair salon services; Hair salon services, namely, hair cutting, styling, coloring, and hair extension services; Hair styling; Hairdressing salons; Hairdressing services; Services of a make-up artist. FIRST USE IN COMMERCE: 20080600"

4818-6916-4678

10. Milk + Honey makes use of the Milk + Honey Marks in the relevant marketplace, and such marks have developed significant secondary meaning among the relevant customers. Milk + Honey has used the Milk + Honey Marks in commerce at least as early as 2005. Since at least 2005, Milk + Honey has spent significant money and resources promoting the mark "MILK + HONEY" and "SALON BY MILK + HONEY." Milk + Honey has marketed and sold, and is currently engaged in marketing and selling, a variety of products services including the Goods and Services under the Milk + Honey Marks. Substantial time, effort and money have been expended over the years to ensure that consumers associate the Milk + Honey Marks exclusively with Milk + Honey.

11. Due to Milk + Honey's substantial promotion of the Milk + Honey Marks, its Goods and Services that are identified by such marks have gained considerable recognition among customers for their high quality. As a result, the Milk + Honey Marks have earned substantial goodwill and recognition among the consuming public. The Milk + Honey Marks have become well-known to the customers and users of Milk + Honey's products. The Milk + Honey Marks are the means by which those customers and users identify Milk + Honey's Goods and Services and distinguish them from the Goods and Services of others. The Milk + Honey Marks represent valuable assets of Milk + Honey by virtue of their widespread use in the market.

12. Milk + Honey uses the Milk + Honey Marks on its website to advertise and sell the Goods and Services to consumers directly. The mark "MILK + HONEY" also appears prominently on all products sold by Milk + Honey.

### B. Defendant's Infringing Activities

13. Defendant advertises, markets and sells bath tablets, hand creams, candles and soaps branded with the mark "MILK & HONEY," which infringes Milk + Honey's trademarks.

14. Without Milk + Honey's consent, Defendant has begun using the mark "MILK & HONEY" in connection with the promotion and marketing of the same or similar Goods and Services as those of Milk + Honey.

15. Since January 2018, in direct violation of Milk + Honey's exclusive rights in the Milk + Honey Marks, Defendant has failed and refused to remove the mark "MILK & HONEY" from its products.

16. Since January 2018, in direct violation of Milk + Honey's exclusive rights in the Milk + Honey Marks, Defendant has failed and refused to cease all advertising of products branded with the mark "MILK & HONEY."

17. On January 4, 2018, November 23, 2018 and January 9, 2019, Milk + Honey has made written requests for Defendant to cease its unlawful use of the mark "MILK & HONEY." True and correct copies of those requests are attached hereto as Exhibit 1, Exhibit 2 and Exhibit 3. Defendant refused to comply with Milk + Honey's requests.

18. Defendant's unauthorized use of the mark "MILK & HONEY" on Defendant's products is likely to confuse the relevant consumers as to the source of the products or endorsement of Defendant's products that compete directly with Milk + Honey's products and services marketed under the Milk + Honey Marks.

19. Defendant's infringing conduct is causing, and is likely to continue to cause confusion, mistake and deception to the injury of Milk + Honey and the public and to lead

members of the relevant public to believe products offered by Defendant are in some way provided by, sponsored or approved by, or in some way connected with Milk + Honey. Such confusion will adversely impact Milk + Honey's attempts to maintain and expand its customer base, will prevent Milk + Honey from ensuring the high level of quality that consumers have come to associate with Goods and Services identified by Milk + Honey Marks and will dilute and diminish the value of the Milk + Honey Marks and the goodwill associated therewith.

20.     Milk + Honey is suffering and will continue to suffer irreparable damages and injury from Defendant's actions unless and until Defendant is permanently enjoined from and ordered to cease and desist using the name "MILK & HONEY."

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT IN VIOLATION OF SECTION 32 OF THE LANHAM ACT
## 15 U.S.C § 1114(1)

21.     Milk + Honey incorporates in the foregoing paragraphs of its Complaint as if fully set forth herein.

22.     Milk + Honey filed its application for United States Registration No. 3,937,456 on July 23, 2010 and has continuously used its the mark set forth in such registration in interstate commerce since at least as early as July 2005. Milk + Honey filed its application for United States Registration No. 4,597,842 on October 30, 2012 and has continuously used its the mark set forth in such registration in interstate commerce since at least as early as December 2013. Milk + Honey filed its application for United States Registration No. 4,980,686 on October 20, 2014 and has continuously used its the mark set forth in such registration in interstate commerce since at least as early as November 2005. Milk + Honey filed its application for United States

7

Registration No. 3,711,307 on November 25, 2008 and has continuously used its the mark set forth in such registration in interstate commerce since at least as early as June 2008.

23.     Milk + Honey, as the owner of all right, title, and interest in and to United States Registration Nos. 3,711,307, 3,937,456, 4,597,842, and 4,980,686, has standing to maintain an action for trademark infringement under the Federal Trademark Statute, Lanham Act §32(1) (15 U.S.C § 1114(1)).

24.     Defendant, without Milk + Honey's consent, uses the mark "MILK & HONEY" and has applied such mark to products sold in interstate commerce. Such use is likely to cause confusion or mistake, and/or to deceive consumers, purchasers and/or potential purchasers.

25.     Defendant's acts have been and continue to be committed with knowledge of Milk + Honey's exclusive rights and goodwill in the Milk + Honey Marks, in bad faith and with the intent to cause confusion or mistake, and/or to deceive consumers, purchasers and/or potential purchasers.

26.     Defendant is being unjustly enriched at the expense of Milk + Honey, and Milk + Honey is entitled to recover Defendant's profits attributable to its infringement of the Milk + Honey Marks.

27.     As a result of Defendant's willful trademark infringement, Milk + Honey has suffered and will continue to suffer substantial and irreparable injury, loss, and damage to its rights in and to the Milk + Honey Marks and the goodwill, reputation and business interests associated therewith, for which it has no adequate remedy at law.

28.     As a proximate result of Defendant's actions, Milk + Honey has suffered and will continue to suffer losses, including loss of business opportunities, and if not enjoined, Defendant

will continue to unfairly derive income, profits, and business opportunities as a result of their acts of infringement.

29. Milk + Honey is entitled to injunctive relief, as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, and 1118, including reasonable attorney's fees, prejudgment interest and treble damages.

## COUNT II
## FALSE ADVERTISING IN VIOLATION OF SECTION 43 OF THE LANHAM ACT
## 15 U.S.C § 1125(A)(1)(B)

30. Milk + Honey incorporates in the foregoing paragraphs of its Complaint as if fully set forth herein.

31. Defendant has used and continues to use, in interstate commerce, the mark "MILK & HONEY," which misrepresents the nature, characteristics, and/or qualities of Defendant's products.

32. Upon information and belief, Defendant's false and misleading statements have deceived or have the tendency to deceive a substantial segment of their audience, including consumers, purchasers and/or potential purchasers.

33. Each of Defendant's false and misleading statements is material in that they are likely to influence the purchasing decisions of actual and/or prospective purchasers of Milk + Honey Goods and Services.

34. Milk + Honey has been or is likely to be injured as the result of Defendant's false and misleading statements by, *inter alia*, diversion from itself to Defendant of current and/or potential consumers and purchasers and/or the lessening of the goodwill which Milk + Honey enjoys with its current and/or prospective customers.

35. Defendant's acts have been committed willfully and in bad faith and with the intent to misrepresent the nature, characteristics, qualities, or geographic origin of Defendant's products.

36. Defendant is being unjustly enriched at Milk + Honey's expense and Milk + Honey is entitled to recover Defendant's profits attributable to its infringement of the Milk + Honey Marks.

37. As a proximate result of Defendant's actions, Milk + Honey has suffered and will continue to suffer substantial and irreparable injury, loss and damage for which it has no adequate remedy at law, including loss of business opportunities, and if not enjoined, Defendant will continue to unfairly derive income, profits and business opportunities as a result of its acts of false advertising.

38. Milk + Honey is entitled to injunctive relief, as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, and 1118, including reasonable attorney's fees and prejudgment interest.

**COUNT III**
**UNFAIR COMPETITION IN VIOLATION OF SECTION 43 OF THE LANHAM ACT**
**15 U.S.C § 1125(A)(1)(A)**

39. Milk + Honey incorporates in the foregoing paragraphs of its Complaint as if fully set forth herein.

40. Defendant's use, in interstate commerce, of the mark "MILK & HONEY" is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendant and/or its products with Milk + Honey and/or its products, or as to the origin, sponsorship or approval of Defendant's goods by Milk + Honey. Each of Defendant's

acts as set forth herein constitutes unfair competition. Defendant's acts have been committed willfully and in bad faith with the intent to cause confusion, and to mislead, and/or to deceive.

41. Milk + Honey has suffered, and if Defendant is not enjoined from its wrongful acts, Milk + Honey will continue to suffer substantial and irreparable injury, loss, and damage for which it has no adequate remedy at law.

42. Milk + Honey is entitled to injunctive relief, as well as monetary damages and other remedies provided by 15 U.S.C. §§1116, 1117, and 1118, including reasonable attorney's fees and prejudgment interest.

## COUNT IV
## STATE UNFAIR COMPETITION

43. Milk + Honey incorporates in the foregoing paragraphs of its Complaint as if fully set forth herein.

44. Defendant's use, in commerce in Texas, of the mark "MILK & HONEY" is intended to and is likely to mislead the public and lead to confusion and mistake. Defendant's acts have been committed willfully and in bad faith with the intent to cause confusion, and to mislead, and/or to deceive.

45. Milk + Honey has suffered and will continue to suffer substantial and irreparable injury, loss, and damage for which it has no adequate remedy at law.

46. Due to the wrongful acts of Defendant, Milk + Honey has suffered and will continue to suffer losses, including loss of business opportunities, and if not enjoined, Defendant will continue to unfairly derive income, profits, and business opportunities as a result of its wrongful acts. Milk + Honey is entitled to injunctive relief, as well as monetary damages and other remedies provided by law.

## COUNT V
## COMMON LAW TRADEMARK INFRINGEMENT

47. Milk + Honey incorporates in the foregoing paragraphs of its Complaint as if fully set forth herein.

48. Defendant has used the mark "MILK & HONEY" without Milk + Honey's permission.

49. This use is likely to cause confusion, mistake or deception with Milk + Honey's Goods and Services and constitutes a violation of Milk + Honey's common law trademark rights in "Milk + Honey."

50. This unauthorized use and violation of Milk + Honey's common law rights has caused and will continue to cause irreparable damage and injury to Milk + Honey.

## CONDITIONS PRECEDENT

51. All conditions precedent have been performed or have occurred.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Milk + Honey, prays that this Court enter judgment in its favor and against Defendant, granting the following relief:

A. That Defendant infringed the Milk + Honey Marks and engaged in unfair competition and false advertising;

B. That, upon separate application therefore, Defendant be preliminarily enjoined, and that upon trial it be permanently enjoined, along with its assignees, transferees, employees, agents and representatives and all other persons, firms or entities acting in concert or participating with it, from:

    1) using, displaying, advertising, promoting, registering, transferring or assigning, including on or in connection with any product, services, promotional items, domain name or web sites, the Milk + Honey Marks or any confusingly similar name or trademark, including "MILK & HONEY";

    2) doing or allowing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, the trade, or the purchasers or prospective purchasers as to the source of Defendant's products, or likely to deceive members of the public, trade, or purchasers or prospective purchasers of Defendant's products into believing that there is some association, connection or affiliation with and/or sponsorship or approval by Milk + Honey of Defendant or its products or services;

    3) doing or allowing any act or thing which is likely to dilute the Milk + Honey Marks or otherwise injure Milk + Honey's business reputation or goodwill; and

    4) engaging in other or further acts of federal, state or common law trademark or trade name infringement, false advertising or unfair competition that would damage or injure Milk + Honey or the Milk + Honey Marks.

C. That Defendant, pursuant to 15 U.S.C. §1118, be ordered to deliver up for destruction all goods, labels, signs, prints, packages, wrappers, receptacles, advertisements and other materials in the possession of Defendant bearing:

13

>> 1) the Milk + Honey Marks, or any other confusingly similar trademark, service mark, trade name, or domain name, or any colorable imitation thereof, including "MILK & HONEY"; or
>
>> 2) any false or misleading description or representation of fact likely to damage Milk + Honey.

D. That Defendant, pursuant to 15 U.S.C. § 1116(a), be directed to file with this Court and serve upon Milk + Honey within thirty (30) days after entry of an injunctive decree a report in writing under oath setting forth in detail the manner and form in which it has complied with the injunction;

E. That Defendant's acts of trademark infringement, false advertising, and acts of unfair competition were knowing and willful;

F. That Defendant accounts for and pays over to Milk + Honey all of the profits realized by Defendant or others acting in concert or participation with Defendant, from Defendant's unauthorized use of the Milk + Honey Marks or any confusingly similar trademarks, including "MILK & HONEY," and acts of unfair competition and false advertising.

G. As applicable to all claims, that Milk + Honey be awarded damages in an amount to be ascertained pursuant to applicable laws, including without limitation, 15 U.S.C. § 1117(a);

H. That Milk + Honey be awarded prejudgment interest pursuant to applicable laws, including without limitation, 15 U.S.C. § 1117;

I. As to all claims, that Milk + Honey be awarded reasonable attorney's fees pursuant to applicable laws, including, without limitation, 15 U.S.C. § 1117;

J. That Milk + Honey be awarded Defendant's profits pursuant to applicable laws, including, without limitation, 15 U.S.C. § 1117(a);

K. That Milk + Honey be awarded statutory damages pursuant to applicable laws, including without limitation, 15 U.S.C. § 1117(d);

L. As to all clams, that Milk + Honey recover the costs of this suit;

M. That a permanent injunction be ordered upon final trial of this cause, enjoining Defendant from using "MILK & HONEY" on or with respect to Defendant's goods; and

N. That Milk + Honey be granted such other and further relief as the Court deems just and proper.

Dated this 3rd day of July, 2019.

        Respectfully submitted,

        **SCOTT DOUGLASS & MCCONNICO LLP**
        303 Colorado Street, Suite 2400
        Austin, Texas  78701
        512-495-6300 – Telephone
        512-495-6399 – Facsimile

        By: */s/ Cynthia Saiter*
             Cynthia Saiter
             State Bar No. 00797367
             csaiter@scottdoug.com

        **TAYLOR RUSSELL & RUSSELL, P.C.**
        10601 FM 2222, Suite R-12
        Austin, Texas  78730
        Gail Taylor Russell
        State Bar No. 24051813
        gtrussell@russell-law.com
        512-338-4601 – Telephone
        512-338-4651 – Facsimile

        **ATTORNEYS FOR PLAINTIFF MILK + HONEY SPA LLC**