IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 SEP 10 AM 9:32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| MILK + HONEY SPA, LLC, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:19-CV-681-LY |
| V. | § | |
| | § | |
| CORDELIA J & COMPANY INC. | § | |
| D/B/A FORMULARY 55, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On this date, the court rendered the parties' Agreed Order of Dismissal without prejudice. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _10th_ day of September, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE